UNITED STATES DISTRICT COURT
EASTERN DISTRICT of Louisiana

**22-870**
**SECT. E MAG. 4**

Andrew Wetzel
V.
Randy Smith

Civil Action
No.
Div.

## Motion for Investigation

Petitioners moves for a court order, ordering the Louisiana Attorney General, Louisiana State Police and/or the U.S. Attorney to investigate the perjury by Det. James McGuire (as seen by attached) and/or the actions of the Sheriff, Judge and District Attorney in covering such up.

Wherefore the petitioner prays.

s/ _____
Andrew Wetzel

**TENDERED FOR FILING**

APR 01 2022

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk