# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANDREW DAVID WETZEL,** | * | **CIVIL ACTION** |
| **PETITIONER** | * | |
| | * | **NO. 22-cv-0870** |
| **VERSUS** | * | |
| | * | |
| **RANDY SMITH, SHERIFF,** | * | **SECTION "E" (4)** |
| **RESPONDENT** | * | |

## RESPONDENT'S MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, comes Randy Smith, respondent herein, who respectfully requests an additional twenty-one days in which to file its response in the above-captioned matter pursuant to F.R.C.P. Rule 6(b)(1)(A) and Local Civil Rule 7.8.

In support thereof, the respondent submits:

1. The respondent's answer to the petitioner's *habeas corpus* petition, and a certified copy of the state court record, is currently due on May 6, 2022 (Rec. Doc. 9).

2. Due to other matters pending in this Court, the state district court (22nd Judicial District Court), the Louisiana First Circuit Court of Appeal, and the Louisiana Supreme Court, undersigned counsel has not yet completed the compilation of the state court record or the answer to the habeas corpus petition.

3. The petitioner has not filed into the record an objection to an extension of time.

4. This is the respondent's first motion for extension of time.

WHEREFORE, Respondent prays that he be granted an additional twenty-one days, or until May 27, 2022, to answer Andrew David Wetzel's *habeas corpus* petitions and to produce the state court record in the above-captioned matter.

Respectfully submitted,

/s/ Matthew Caplan
Matthew Caplan
La. Bar No. 31650
Assistant District Attorney
22nd Judicial District
701 N. Columbia Street
Covington, LA 70433

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon petitioner by mailing a copy, postage pre-paid, to:

    Andrew David Wetzel, DOC # 539179
    St. Tammany Parish Jail
    P.O. Box 908
    Covington, LA 70433
    *Petitioner, pro se.*

This 6th day of May, 2022, Covington, Louisiana.

                                      /s/ Matthew Caplan
                                      Matthew Caplan
                                      La. Bar No. 31650
                                      Assistant District Attorney
                                      22nd Judicial District
                                      701 N. Columbia Street
                                      Covington, LA 70433