UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANDREW WETZEL, | * | CIVIL ACTION |
|    PETITIONER | * | |
| | * | NO. 22-cv-870 |
| VERSUS | * | |
| | * | SECTION "E" (4) |
| RANDY SMITH, WARDEN, | * | |
|    RESPONDENT | * | |

NOTICE OF LODGING OF
STATE COURT RECORD MATERIALS

MAY IT PLEASE THE COURT:

    This is a § 2254 habeas corpus proceeding. The Court has ordered the production of the state court record (Rec. Doc. 9). The respondent respectfully notifies the Court that it has submitted the record to the Court, and has not filed it electronically, pursuant to Rule 13 of the Court's *Administrative Procedures for Electronic Case Filings and Unique Procedures and Practices for Electronic Filings*.

    The state record consists of four volumes, as follows.

    <u>Volumes 1-3</u> is the record of the proceedings in *State v. Wetzel*, docket number 1077-F-2021 on the docket of the 22nd Judicial District Court for the Parish

of St. Tammany.

Volume 4 contains the sixteen writ applications that the petitioner has submitted to the First Circuit Court of Appeal in connection with 22nd JDC docket number 1077-F-2021. The docket numbers are: 2021-KW-0098, 2021-KW-0099, 2021-KW-0101, 2021-KW-0102, 2021-KW-0143, 2021-KW-0144, 2021-KW-0303, 2021-KW-0374, 2021-KW-0375, 2021-KW-1099, 2021-KW-1435, 2021-KW-1479, 2021-KW-1502, 2022-KM-0346, 2022-KW-0249, and 2022-KW-0401.

The petitioner has not filed any writ applications to the Louisiana Supreme Court: this prosecution was instituted on March 8, 2021, and Deputy Clerk Katy Marjanovic with the Louisiana Supreme Court Clerk of Court's Office has verified that the petitioner has not submitted any writ applications to the Louisiana Supreme Court from January 1, 2021 to the present. See Exhibit 1.

Respectfully Submitted,

/s/ Matthew Caplan
Matthew Caplan, #31650
Assistant District Attorney
22nd Judicial District
701 N. Columbia Street
Covington, Louisiana 70433
Tel: (985) 809-8398
Email: mcaplan@22da.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served the foregoing pleading by sending it via USPS first-class mail, addressed as follows:

> Andrew Wetzel, DOC # 539179
> St. Tammany Parish Jail
> P.O. Box 908
> Covington, LA 70433
> *Petitioner, pro se*

This the <u>27th</u> day of <u>May</u>, 20<u>22</u>, at Covington, Louisiana.

<u>/s/ Matthew Caplan</u>
Matthew Caplan, #31650
Assistant District Attorney