# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANDREW DAVID WETZEL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-870** |
| **RANDY SMITH** | **SECTION "E"(4)** |

## ORDER

The Court, after considering the motions, the record, the applicable law, the United States Magistrate Judge's Report and Recommendation, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that petitioner Andrew David Wetzel's Motion for Investigation[1] and Motion for Temporary Restraining Order and/or Preliminary Injunction[2] be **DENIED**.

New Orleans, Louisiana, this 6th day of June, 2022.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 3.
[2] R. Doc. 5.