## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANDREW WETZEL,** | * | **CIVIL ACTION** |
| **PETITIONER** | * | |
| | * | **NO. 22-cv-870** |
| **VERSUS** | * | |
| | * | **SECTION "E" (4)** |
| **RANDY SMITH, WARDEN,** | * | |
| **RESPONDENT** | * | |

## MOTION TO DISMISS CASE AS MOOT

Petitioner Andrew Wetzel, as a pre-trial detainee, sought habeas corpus review pursuant to 28 U.S.C. § 2241. Since the filing of his petition, he has pleaded guilty. See Exhibit 1 (minute entry). He is no longer a pre-trial detainee. For that reason, explained more fully in the accompanying memorandum, is petition is moot. The respondent therefore prays that this case be dismissed as moot.

                Respectfully Submitted,

                /s/ Matthew Caplan
                Matthew Caplan, #31650
                Assistant District Attorney
                22nd Judicial District
                701 N. Columbia Street
                Covington, Louisiana 70433
                Tel: (985) 809-8398
                Email: mcaplan@22da.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing pleading by sending it via USPS first-class mail, addressed as follows:

>Andrew Wetzel, DOC # 539179
>St. Tammany Parish Jail
>P.O. Box 908
>Covington, LA 70433
>*Petitioner, pro se*

This the <u>18th</u> day of <u>August</u>, 20<u>22</u>, at Covington, Louisiana.

/s/ Matthew Caplan<br>
Matthew Caplan, #31650<br>
Assistant District Attorney