UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANDREW WETZEL,** | * | **CIVIL ACTION** |
| **PETITIONER** | * | |
| | * | **NO. 22-cv-870** |
| **VERSUS** | * | |
| | * | **SECTION "E" (4)** |
| **RANDY SMITH, WARDEN,** | * | |
| **RESPONDENT** | * | |

**MOTION TO DISMISS CASE AS MOOT**

Petitioner Andrew Wetzel, as a pre-trial detainee, sought habeas corpus review pursuant to 28 U.S.C. § 2241. Since the filing of his petition, he has pleaded guilty. <u>See</u> <u>Exhibit 1</u> (minute entry). He is no longer a pre-trial detainee. For that reason, explained more fully in the accompanying memorandum, is petition is moot. The respondent therefore prays that this case be dismissed as moot.

                                                            Respectfully Submitted,

                                                            <u>/s/ Matthew Caplan</u>
                                                            Matthew Caplan, #31650
                                                            Assistant District Attorney
                                                           22nd Judicial District
                                                           701 N. Columbia Street
                                                           Covington, Louisiana 70433
                                                           Tel: (985) 809-8398
                                                          Email: mcaplan@22da.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing pleading by sending it via USPS first-class mail, addressed as follows:

>Andrew Wetzel, DOC # 539179
>St. Tammany Parish Jail
>P.O. Box 908
>Covington, LA 70433
>*Petitioner, pro se*

This the 18th day of August, 2022, at Covington, Louisiana.

>/s/ Matthew Caplan
>Matthew Caplan, #31650
>Assistant District Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANDREW WETZEL,** | * | CIVIL ACTION |
|     **PETITIONER** | * | |
| | * | NO. 22-cv-870 |
| **VERSUS** | * | |
| | * | SECTION "E" (4) |
| **RANDY SMITH, WARDEN,** | * | |
|     **RESPONDENT** | * | |

**MEMORANDUM IN SUPPORT OF
MOTION TO DISMISS CASE AS MOOT**

Petitioner Andrew Wetzel filed an application for habeas corpus relief under 28 U.S.C. § 2241 on November 5, 2021 (Doc. 1). In it, he challenged various aspects of the proceedings in *State v. Wetzel*, 1077-F-2021 (22nd JDC).

Petitioner Wetzel has since pleaded guilty in that case. Exhibit 1.

"Claims for federal habeas relief of pretrial issues are mooted by a petitioner's subsequent conviction." *Dillon v. Jefferson Parish Courts and Jail*, 2006 WL 2349239, at *2 (E.D. La. Aug. 10, 2006) (collecting cases). A guilty plea is a conviction. *Boykin v. Alabama*, 395 U.S. 238, 243 & n. 4 (1969).

Because Wetzel has pleaded guilty, his claims—all of which concern pretrial issues—are moot. His petition is therefore moot.

The respondent respectfully prays that this case be dismissed as moot.

Respectfully Submitted,

/s/ Matthew Caplan
Matthew Caplan, #31650
Assistant District Attorney
22nd Judicial District
701 N. Columbia Street
Covington, Louisiana 70433
Tel: (985) 809-8398
Email: mcaplan@22da.com

CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing pleading by sending it via USPS first-class mail, addressed as follows:

Andrew Wetzel, DOC # 539179
St. Tammany Parish Jail
P.O. Box 908
Covington, LA 70433
*Petitioner, pro se*

This the 18th day of August, 2022, at Covington, Louisiana.

/s/ Matthew Caplan
Matthew Caplan, #31650
Assistant District Attorney

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANDREW WETZEL,** | * | **CIVIL ACTION** |
| **PETITIONER** | * | |
| | * | **NO. 22-cv-870** |
| **VERSUS** | * | |
| | * | **SECTION "E" (4)** |
| **RANDY SMITH, WARDEN,** | * | |
| **RESPONDENT** | * | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Respondent's *Motion to Dismiss Case as Moot* will come for hearing on September 7, 2022, at 11:00am before the Honorable Karen Wells Roby, 500 Poydras Street, # B431, New Orleans, Louisiana, 70130.

Respectfully Submitted,

/s/ Matthew Caplan
Matthew Caplan, #31650
Assistant District Attorney
22nd Judicial District
701 N. Columbia Street
Covington, Louisiana 70433
Tel: (985) 809-8398
Email: mcaplan@22da.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served the foregoing pleading by sending it via USPS first-class mail, addressed as follows:

>Andrew Wetzel, DOC # 539179
>St. Tammany Parish Jail
>P.O. Box 908
>Covington, LA 70433
>*Petitioner, pro se*

This the <u>18th</u> day of <u>August</u>, 20<u>22</u>, at Covington, Louisiana.

<u>/s/ Matthew Caplan</u>
Matthew Caplan, #31650
Assistant District Attorney

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANDREW WETZEL, | * | CIVIL ACTION |
|     PETITIONER | * | |
| | * | NO. 22-cv-870 |
| VERSUS | * | |
| | * | SECTION "E" (4) |
| RANDY SMITH, WARDEN, | * | |
|     RESPONDENT | * | |

## ORDER

Considering the *Motion to Dismiss Case as Moot*, the Court finds that the law and facts are in favor of the mover. Accordingly, the motion is GRANTED.

IT IS HEREBY ORDERED that the petition filed in the above-captioned matter is hereby dismissed without prejudice as moot.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
THE HON. KAREN WELLS ROBY
MAGISTRATE JUDGE



# Louisiana 22nd Judicial District Court, Parish of St. Tammany
## Minutes, 06/27/2022

**STATE OF LOUISIANA vs. WETZEL, ANDREW DAVID**

**Case #:** 1077-F-2021

| | | | |
|---|---|---|---|
| **Hearing Type:** | Hearing *G Plea and Sentenced/MOB Hearing & Sentenced - See Minutes* | | |
| **Hearing Date:** | June 27, 2022 at 9:00 AM | **Location:** | Division F |
| **Heard by:** | Hon. Franz L. Zibilich, Ad Hoc; Jerome M. Winsberg | **Minute/Deputy Clerk:** | Brandie Raborn |
| **Court Reporter:** | Lisa Green | **Court Interpreter:** | N/A |
| **Bailiff:** | Litisha Gordon | **ADA:** | Tiffany Dover |

---

**CHARGES:**

1. SIMPLE BURGLARY
December 14, 2020 - December 15, 2020 (Felony) 14:62 (1462)
2. HABITUAL OFFENDER BILL
June 27, 2022 (Felony) 15:529.1 (155291)

---

**APPEARANCES:**

ANDREW WETZEL, Defendant, present        Pro Se

STATE OF LOUISIANA, State, present

---

**PROCEEDINGS:**

The defendant being present in open Court without Counsel. Court at this time placed on the record that the defendant is unrepresented and wishes to moved forward today without Counsel. Court advised the defendant of his right to an Attorney, Court at this time the Court will allow the defendant to proceed without Counsel here today. The State and Defendant have been in communication regarding the Plea agreement; whereupon Court asked the Defendant if he is ready to move forward and the Defendant responded with he would like to move forward today.

The Defendant being present in open Court without Counsel, withdrew the previously entered plea of Not Guilty and entered a plea of Guilty; whereupon; Court asked the Defendant if remembered all the questions asked and statements made by Judge Winsberg moments ago; whereupon the Defendant stated yes, and the Court informed the Defendant he would be going over a few more things with the Defendant prior to accepting the Plea. The Court had the defendant sworn and questioned the defendant as to his age, date of birth, his ability to read, write and understand the English language, the defendant's knowledge and elements of the charge, whether anyone has forced, coerced, threatened or made any promises for him to plead guilty today. Further, the defendant at this time waived all Federal Habeaus Rights. The defendant is satisfied with not having counsel here today. Court is satisfied that the plea is freely and voluntarily being given. Defendant waived his rights, and the Court was satisfied that the defendant understood the rights he waived and the charge against him.  A stipulation was made to the factual basis for the charge and Court finds that there is a factual basis. The Plea of Guilty



**Louisiana 22nd Judicial District Court,
Parish of St. Tammany
Minutes, 06/27/2022**

Case Number: 1077-F-2021                    Page 2 of 3

and Waiver of Rights form was signed by the defendant and filed into the record. Court accepted the plea and adjudicated the defendant guilty. The defendant having waived delays of sentencing, Court ordered the following sentence imposed:

**ANDREW DAVID WETZEL**, having entered a plea of Guilty herein to the **COUNT 1: R.S. 14:62 SIMPLE BURGLARY**; Court sentences the defendant to serve a period of **SIX (6) YEARS** at hard labor with the Department of Public Safety and Corrections of the State of Louisiana.

Court gave the Defendant credit for time served concurrent with any and all other time he/she has served subsequent to his/her arrest on this charge.

Court ordered for the sentence imposed herein is to run concurrently with the sentence imposed in Docket Number 472552, and any and all sentences the Defendant is currently serving.

Further, The State at this time having filed a Habitual Offender Bill of Information against the defendant as a double offender under #455768 pursuant to Article 15:529.1 The defendant waived his right to an Attorney and is okay with proceeding without Counsel here today. Court finds the defendant to be a second felony offender and vacates the previously sentence imposed herein and ordered the following sentence imposed:

**ANDREW DAVID WETZEL**, having been found to be a second felony offender pursuant to Article 15:529.1, Court sentences him to serve a period of **TWENTY (20) YEARS** under Article 15:529.1 at hard labor with the Department of Public Safety and Corrections of the State of Louisiana **WITHOUT** the benefit of probation or suspension of sentence.

Court gave the Defendant credit for time served concurrent with any and all other time he/she has served subsequent to his/her arrest on this charge.

Court ordered for the sentence imposed herein is to run concurrently with the sentence imposed in Docket Number 472552, and any and all sentences the Defendant is currently serving.

Court ordered for the Defendant to be transported to the Department of Corrections immediately.

Court recommends the Defendant for any and all Self-help programs while incarcerated.

Court advised the Defendant that under Article 930.8 of the Louisiana Code of Criminal Procedure he/she has a period of TWO (2) YEARS in which to file any and all petitions for post-conviction relief.

Further, Defendant makes oral motion to receive the Sentencing minutes & Transcripts from today's proceedings and the transcript from October 15, 2021; whereupon Court GRANTED said request and ordered the Defendant be sent requested documents once completed and filed in the record.

  Added
   2. HABITUAL OFFENDER BILL
   June 27, 2022 (F) 15:529.1 (155291)



**Louisiana 22nd Judicial District Court,
Parish of St. Tammany
Minutes, 06/27/2022**

Case Number: 1077-F-2021          Page 3 of 3

---

**PLEA/DISPOSITION:**

Plea Date: May 10, 2021
  1. SIMPLE BURGLARY
  Plea: Not Guilty

Disposition Date: June 27, 2022
  1. SIMPLE BURGLARY
  Disposition: Plead Guilty (Guilty Plea)
  2. HABITUAL OFFENDER BILL
  Disposition: Plead Guilty (Guilty Plea)

---

**SENTENCE:**
Confinement and Probation AS TO COUNT 1 – **See Multiple Offender Bill for Sentence Information**
          Start Date: 06/27/2022
          Agency: Department of Corrections Baton Rouge
          Sentence Term: 0 Year, 0 Month, 0 Day, 0 Hour
          Concurrent
          Hard Labor
          Details: See Multiple Offender Bill and Charge for sentence

Confinement and Probation **AS TO COUNT 2 – MULTIPLE OFFENDER BILL**
          Start Date: 06/27/2022
          Agency: Department of Corrections Baton Rouge
          Sentence Term: 20 Years – without the benefit of Probation or Suspension of sentence
          Concurrent
          Hard Labor
          Details: CTS; Concurrent with Docket #472552 and any other active sentence -
Sentenced is to be served **WITHOUT** the Benefit of Probation or Suspension of Sentence

---

A TRUE EXTRACT OF THE MINUTES OF THIS COURT


_____
DEPUTY CLERK
22ND JUDICIAL DISTRICT COURT
ST. TAMMANY PARISH, LOUISIANA