UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANDREW DAVID WETZEL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-870** |
| **RANDY SMITH** | **SECTION "E"(4)** |

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein;

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the respondent, Sheriff Randy Smith, and against petitioner Andrew David Wetzel dismissing without prejudice Wetzel's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2241 as moot and, alternatively, for failure to exhaust state court remedies.

**New Orleans, Louisiana, this 14th day of February, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**