# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANDREW DAVID WETZEL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-870** |
| **RANDY SMITH** | **SECTION "E"(4)** |

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceedings, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b);

**IT IS ORDERED** that a certificate of appealability shall not be issued because Petitioner has failed to "demonstrate that the issues are debatable among jurists of reason; that a court *could* resolve the issues [in a different manner]; or that the questions are adequate to deserve encouragement to proceed further."[1]

**New Orleans, Louisiana, this 14th day of February, 2023.**

                                                  **SUSIE MORGAN**
                                        **UNITED STATES DISTRICT JUDGE**

---

1 *Barefoot v. Estelle*, 463 U.S. 880, 893 n.3 (1983).